# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FEC HOLDINGS, LP., *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-09-3289 |
| | § | |
| INCREDIBLE PIZZA FRANCHISE | § | |
| GROUP, LLC., *et al.*, | § | |
| Defendants. | § | |

## O R D E R

Pending before the Court is the Defendants' Motion to Dismiss, filed pursuant to Federal Rule of Civil Procedure 12(b)(3). **(Instrument No. 13).** Where a party files a motion to dismiss for lack of venue, the Court may *sua sponte* transfer venue to an alternative district, rather than dismiss the case outright. 28 U.S.C. § 1404.

In light of the forum selection clause included in the relevant franchise agreements, the Court finds that this case should be transferred to the Western District of Missouri. *Collins County, Texas v. Siemens Business Services, Inc., et al.*, 250 Fed. Appx. 45, 50 (5th Cir. 2007); *Haynsworth v. Corporation*, 121 F.3d 956, 963 (5th Cir. 1997). Given that Defendants have sought immediate injunctive relief, which the Court finds should be addressed as soon as possible, the Court **HEREBY TRANSFERS** this case to the Western District of Missouri.

**IT IS SO ORDERED.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 1ˢᵗ day of February, 2010, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**